*FILED*

MHP
630

AUG 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name  Muhammad          Ansar     EL
       (Last)        (First)        (Initial)

3  Prisoner Number  ALØ-488        SANTA RITA JAIL

4  Institutional Address 5325 Brodel Blvd

5              DUBLIN  CA  94568

MHP

6  ========================================

       UNITED STATES DISTRICT COURT
7      NORTHERN DISTRICT OF CALIFORNIA

8  Ansar EL Muhammad
   (Enter the full name of plaintiff in this action.)          CV  08        4069

9

10              vs.                    )  Case No. _____
                                       )  (To be provided by the clerk of court)
11  Shereiff Ahern                     )
                                       )  PETITION FOR A WRIT
                                       )  OF HABEAS CORPUS
12                                     )
                                       )
13                                     )  E-filing
                                       )
14  (Enter the full name of respondent(s) or jailor in this action)  )  (PR)
                                       )
15                                     )

16  ========================================

              Read Comments Carefully Before Filling In

17  When and Where to File

18       You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23       If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1   Who to Name as Respondent

2          You must name the person in whose actual custody you are. This usually means the Warden or

3   jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4   you are imprisoned or by whom you were convicted and sentenced. These are not proper

5   respondents.

6          If you are not presently in custody pursuant to the state judgment against which you seek relief

7   but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8   custody you are now and the Attorney General of the state in which the judgment you seek to attack

9   was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11         1. What sentence are you challenging in this petition?

12              (a)    Name and location of court that imposed sentence (for example; Alameda

13                     County Superior Court, Oakland):

14              Superior Court                    Oakland

15                     Court                              Location

16              (b)    Case number, if known _____ n/A _____

17              (c)    Date and terms of sentence _____ n/A _____

18              (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                     parole or probation, etc.)        Yes Ⓨ      No _____

20                     Where?

21                     Name of Institution: Santa Rita County Jail

22                     Address: 5325 Beadce Blvd

23         2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  This is for a Special Condition while I

27  am lock down, it deals with Religion

28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

1    3. Did you have any of the following?

2        Arraignment:                          Yes _____    No X

3        Preliminary Hearing:                  Yes _____    No X

4        Motion to Suppress:                   Yes _____    No X

5    4. How did you plead?

6        Guilty _____  Not Guilty _____  Nolo Contendere _____

7        Any other plea (specify) _____ N|A _____

8    5. If you went to trial, what kind of trial did you have?

9        Jury _____    Judge alone _____  Judge alone on a transcript X

10   6. Did you testify at your trial?                Yes _____    No X

11   7. Did you have an attorney at the following proceedings:

12       (a)  Arraignment                     Yes X     No _____

13       (b)  Preliminary hearing             Yes X     No _____

14       (c)  Time of plea                    Yes X     No _____

15       (d)  Trial                           Yes X     No _____

16       (e)  Sentencing                      Yes X     No _____

17       (f)  Appeal                          Yes _____    No X

18       (g)  Other post-conviction proceeding    Yes _____    No X

19   8. Did you appeal your conviction?            Yes _____    No X

20       (a)  If you did, to what court(s) did you appeal?

21            Court of Appeal               Yes _____    No X

22            Year: _____    Result: _____

23            Supreme Court of California   Yes _____    No X

24            Year: _____    Result: _____

25            Any other court              Yes _____    No X

26            Year: _____    Result: _____

27

28       (b)  If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS          - 3 -

| | | | | |
|---|---|---|---|---|
| 1 | | | petition? | Yes _____ No ✗ |
| 2 | | (c) | Was there an opinion? | Yes _____ No ✗ |
| 3 | | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | |
| 4 | | | | Yes _____ No ✗ |
| 5 | | | If you did, give the name of the court and the result: | |

6

7

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?                    Yes _____ No ✗

10      [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16      (a)    If you sought relief in any proceeding other than an appeal, answer the following

17              questions for each proceeding. Attach extra paper if you need more space.

18          I.    Name of Court: _GRIUANCL ML-51_

19                Type of Proceeding: _GRIEUANCL_

20                Grounds raised (Be brief but specific):

21                a. _Religion_

22                b. _having        Religious Services_

23                c. _Allowing diet Accordingly_

24                d. _____

25                Result: _None_                    Date of Result: _7-8-08_

26          II.    Name of Court: _____

27                Type of Proceeding: _____ N/A _____

28                Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

a. _____

b. _____

c. _____ N/A _____

d. _____

Result: _____ Ø _____ Date of Result: Ø

III.   Name of Court: _____ Ø _____

Type of Proceeding: _____ Ø _____

Grounds raised (Be brief but specific):

a. _____

b. _____ N/A _____

c. _____

d. _____

Result: _____ Ø _____ Date of Result: Ø

IV.   Name of Court: _____ Ø _____

Type of Proceeding: _____ Ø _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____ N/A _____

d. _____

Result: _____ Date of Result: _____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____   No Ø

Name and location of court: Santa Rita County Jail
5325 Broder Blvd

**B. GROUNDS FOR RELIEF**

State briefly every reason that you believe you are being confined unlawfully. Give facts to

support each claim. For example, what legal right or privilege were you denied? What happened?

Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1   need more space.  Answer the same questions for each claim.

2       [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3   petitions may be dismissed without review on the merits.  28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5       Claim One: Not having Religious Services

6

7       Supporting Facts: I've turn'd in Grievance

8       on 7-8-08 and Choplin nor Sheriff-F

9       Ahern responded to allegation

10

11      Claim Two: I wrote Letter to Chaplin

12

13      Supporting Facts: No responce as well

14

15

16

17      Claim Three: I turn in Grievance Form ML

18      51

19      Supporting Facts: They would not except the

20      Forum From ML

21

22

23      If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25      All grounds presented

26

27

28

PET. FOR WRIT OF HAB. CORPUS      - 6 -

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3  of these cases:

4  Religious Land Use and Institutionlized

5  Person Act of 2000

6  _____

7  Do you have an attorney for this petition?                    Yes_____    No_X_

8  If you do, give the name and address of your attorney:

9         Ansar EL Muhommad

10   WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on ___8-7-08___            _____

14           Date                              Signature of Petitioner

15

16

17

18

19

20  (Rev 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS        - 7 -

## ALAMEDA COUNTY SHERIFF'S OFFICE
## SANTA RITA JAIL
## INMATE GRIEVANCE FORM

NAME: Bennett / Ansar EL Muhammad     PFN: ALO-433

HOUSING UNIT: 9-E-1     DATE: 8-5-03

NATURE OF GRIEVANCE: ( Give specific details )

Every prisoner has a right to hold a religious belief and a limited right to pestice it while in person. Since I've been coming to Santa Rita I have yet to endure a Islamic Function, even this time while I'am here, and I've been here now for 3 months and 9 days and I request that we be aloud Jummah services on Friday without any success, I wrote to the Chaplain without any success, I even wrote a Greivance on July 08 and it still hasn't return. So I am forced to use the Inmate Greivance Form ML-57 once again.

Congress has enacted Section 3 of the Religious Land Use and Institutionalized Person Act of 2000 RLUIPA to return the query to the compelling state interest test. Specifically, the statute peovides that no government shall impose a substan- tial burden on the religious exercise of a person confined in an institution unless the burden furthers a compelling governmental interest by the least restrictive means, money that is suppose to be use for Religion is being use for personel self gain and be switch over to other needs of the institution

*** DO NOT WRITE ON THE BACK OF THIS FORM.    USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: _____

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: _____    BADGE #: _____    DATE: _____

[ ] RESOLVED – INMATE ACCEPTANCE: _____    [ ] CAN NOT BE RESOLVED AT THIS LEVEL
    EXPLAIN RESOLUTION ON REVERSE SIDE.    DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT. _____    TRACKING NUMBER: _____

COPIES:  White - Staff use
         Yellow - Inmate Receipt Copy                                ML – 51 (rev 8/06)

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: Bennett/Ansar El Muhammad    PFN: _____

HOUSING UNIT: _____ DATE: _____

NATURE OF GRIEVANCE: ( Give specific details )

RLUIPA which applies when a state recieves
Federal Funding For the institution then the First
Amendment Establishment Clause is violated. Section
Five of the Fourteenth Amendment. As all states
As of 2003 recieve Federal For their Prison, it
appears that California is subjected to RLUIPA

Some cases originally decided under the complelling
state interest test are as Follows.

(1) Gathering For Collective services

(2) Having a minister or residential minster of a
particular religion present

(3) Possessing religious literature

(4) Following a special Diet

(5) Corresponding with religious leaders

*** DO NOT WRITE ON THE BACK OF THIS FORM.    USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: _____

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: _____ BADGE #: _____ DATE: _____

[ ] RESOLVED – INMATE ACCEPTANCE: _____    [ ] CAN NOT BE RESOLVED AT THIS LEVEL
EXPLAIN RESOLUTION ON REVERSE SIDE.                 DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. _____    TRACKING NUMBER: _____

COPIES: White - Staff use
Yellow - Inmate Receipt Copy                                      ML – 51 (rev 8/06)

JS 44 - CAND (Rev  11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON PAGE TWO.)

| I.(a) PLAINTIFFS  Ansar EL Muhammad | DEFENDANTS  SHERRIFF AHERN |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Alameda<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Alameda<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>TRACT OF LAND INVOLVED. |
| (c) ATTORNEYS (FIRM NAME, ADDRESS. AND TELEPHONE NUMBER)<br>Ansar EL Muhammad | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 2 U.S. Government Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
(For diversity cases only) AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ Removed from State Court
☐ Remanded from Appellate Court
☐ Reinstated or Reopened
☐ Transferred from Another district (specify)
☐ Multidistrict Litigation
☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury Med Malpractice<br>☐ 365 Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl.Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 168<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (US Plaintiff or Defendant<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 Amer w/ disab - Empl<br>☐ 446 Amer w/ disab - Other<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV | ☐ 510 Motion to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Religious "RLUIPA"

## VII. REQUESTED IN COMPLAINT:  ☒ CHECK IF THIS IS A CLASS ACTION   UNDER F.R.C.P. 23
DEMAND $☐     CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY   PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)   ☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

| DATE  8-8-08 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

Bennett ALCO-488 9E-1
S335 Brodeur Blvd
Dublin, Ca 94568

indigent
ATE SERVICES

RECEIVED

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

ATTN: Clerk
450 Golden Gate Ave
P.O. Box 36060
San Francisco, Ca
94102

049J82024316
$00.930
08/21/2008
Mailed From  94568
US POSTAGE
Nncapost

Wah EL Muhammad
Le Bennett ALD-488 9E-1
5335 Broder Blvd
Dublin, Ca 94568

ATTN: Clerk
United States District Court
for the Northern District of California
450 Golden Gate Ave
P.O. Box 36060
San Francisco, Ca
94102

RECEIVED

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

inteoot



Neopost
049J8202
$00.9
08/21/20
Mailed From
US POST

Bennett ALO-488 9E-1
5325 Broder Blvd
Dublin, Ca 94568

indigent

ATE SERVICES
T JE INDICIIT

United States Distuct Court
for the Northern Distuct of California

ATTN: Clerk
450 Golden Gate Ave
P.O. Box 36060
San Francisco, Ca
94102

RECEIVED

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

049J82024316
$00.930
08/21/2008
Mailed From 94568
US POSTAGE
Neopost

JUT (A&B/final)     V.CABELLO #1651     8-14-08

BENNETT, T,

ALQ 488

QQQQ

q E-1