E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Ansor EL Muhommad,  Plaintiff,

vs.

Sheeriff Ahern,  Defendant.

CASE NO. CV 08 4069 MHP (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Mr Muhommad, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ∅  Net: ∅

Employer: ∅
∅

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____2003 Earth Quake Construction_____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or            Yes ____ No _X_
10          self employment
11     b.  Income from stocks, bonds,           Yes ____ No _X_
12          or royalties?
13     c.  Rent payments?                Yes ____ No _X_
14     d.  Pensions, annuities, or             Yes ____ No _X_
15          life insurance payments?
16     e.  Federal or State welfare payments,     Yes _X_ No ____
17          Social Security or other govern-
18          ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 ___135⁰⁰ month / 250 Rent / 135⁰⁰ food___
22 _____

23 3.  Are you married?                   Yes ____ No _X_
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: _____N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____Ø_____ Net $_____Ø_____
28 4.  a.  List amount you contribute to your spouse's support:$ ___Ø___

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____N/A_____
6  _____

7  5.  Do you own or are you buying a home?      Yes ____ No _Ø_
8  Estimated Market Value: $_____Ø_____ Amount of Mortgage: $_____Ø_____
9  6.  Do you own an automobile?                 Yes ____ No ____
10 Make _____Ø_____ Year _____Ø_____ Model _____Ø_____
11 Is it financed? Yes ____ No _Ø_ If so, Total due: $ _____Ø_____
12 Monthly Payment: $ _____Ø_____
13 7.  Do you have a bank account? Yes ____ No _Ø_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____Ø_____
15 _____
16 Present balance(s): $ _____Ø_____
17 Do you own any cash? Yes ____ No _Ø_ Amount: $ _____Ø_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No _Ø_
20 _____Ø_____

21 8.  What are your monthly expenses?
22 Rent: $ __250.00__  Utilities: _____Ø_____
23 Food: $ __135.00__  Clothing: _____Ø_____
24 Charge Accounts:
25    Name of Account           Monthly Payment          Total Owed on this Account
26 _____Ø_____          $ _____Ø_____          $ _____Ø_____
27 _____Ø_____          $ _____Ø_____          $ _____Ø_____
28 _____Ø_____          $ _____Ø_____          $ _____Ø_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

∅

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ∅

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

∅

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-7-08
DATE

_____
SIGNATURE OF APPLICANT

Case Number: _____

1
2                                    Case Number: _____
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                      **IN**
10                         **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of BeNNeTT, ToNSy / ALQ48 for the last six months
14   Alameda CouNTy SaNTa Rita Jail where (s)he is confined.
        [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ 33.33   and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ 22.68   .
18
19   Dated: 7/30/08                      _____
20                                       [Authorized officer of the institution]
21
...
28

-5-

```
JQAT.ALQ488                                    07/30/08 - 1969   PAGE 1
                      INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: ALQ488   HFA: SRJ   NAME: BENNETT, TONSY NMN      ACCT BAL:        .00

 TRANS       ---RECEIPT---     TRANSACTION      AMOUNT       RUNNING      MSG
 DATE        HFA   NUMBER      CODE LITERAL                  BALANCE

04/23/08     SRJ   16-04585    CBKG CR NBOK        .00          .00
05/21/08     SRJ   TS-02426    CVIS CR VISI      40.00        40.00 —
06/04/08     SRJ   TS-06379    CVIS CR VISI      60.00       100.00
06/10/08     SRJ   SF-19603    DMED               3.00-       97.00
06/13/08     SRJ   SF-20420    DCOM DB COMM      11.91-       85.09
06/20/08     SRJ   SF-22712    DCOM DB COMM      35.72-       49.37
06/27/08     SRJ   SF-25033    DCOM DB COMM      23.74-       25.63
06/30/08     SRJ   SF-25143    CCOM CR COMM       2.40        28.03
07/04/08     SRJ   SF-27220    DCOM DB COMM      22.80-        5.23
07/11/08     SRJ   SF-29485    DCOM DB COMM       5.23-         .00

252 W:BALANCE IS ZERO
```